IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEARL E COFFMAN**                                                                                         **PLAINTIFF**

v.                              **CASE NO. 4:21-CV-00297-BSM**

**DOLGENCORP LLC,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE